# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-00314-RJC-DSC

| | |
|---|---|
| TIFFANY SELBY et. al., | ) |
| Plaintiffs, | ) |
| | ) **ORDER** |
| v. | ) |
| TILLMAN ENTERPRISES INC. et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for John P. Morgenstern and Stephen D. Dargitz]" (documents #12-13) filed September 7, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**. Signed: September 7, 2022

David S. Cayer
United States Magistrate Judge